**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

KARL WAYNE ALLEN

VERSUS

CAROLYN W. COLVIN,
COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION

CIVIL ACTION

NO. 14-227-JWD-RLB

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 20, 2015, to which no objection was filed:

**IT IS ORDERED** that the decision of the Commissioner is VACATED and Plaintiff's appeal is REMANDED for further proceedings consistent with this Report and Recommendation.

Signed in Baton Rouge, Louisiana, on <u>August 10, 2015</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**